**'17 - CV - 03145**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 DEC 27   PM 4: 54

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

Complaint

Plaintiff Maria Blea complains against the City and County of Denver as follows:

<u>Jurisdictional Allegation</u>

Jurisdictional in this case is based on diversity of disability of the parties and the amount in controversy. Plaintiff Maria Blea is a citizen of Colorado. Defendant City and County of Denver is a government organization of Colorado. The amount of controversy exceeds the amount of seventy five thousand dollars, ($75,000) exclusive of interest and cost.

Statement of Claim

September 2015, when in a meeting with Human Resources in the Human Services building, Brian Yauk, Supervisor slammed his fist on the table, yelled at Maria Blea and called her a liar. He then shook his closed fists and came within inches of hitting Maria Blea.

Brian Yauk created a hostile work environment and caused Maria Blea to no longer feel safe in the work environment. Brian Yauk's actions caused Maria Blea to develop Post Traumatic Stress Disorder and have massive panic attacks. In one instance Maria Blea had to be taken by ambulance from the work area.

As a result of this, Maria Blea was unable to return to work which caused her to lose her employment, her house and her ability to work.

Also as a result of this, Maria Blea was unable to continue working with the City and County of Denver and retire with the City and County of Denver.

Brian Yauk contacted Maria Blea by phone and asked why she was not at a meeting. Maria Blea was protected under the Family Medical Leave Act and stated to Brian Yauk that she had a medical emergency. Brian Yauk proceeded to pry and ask Maria Blea why she did not attend. Maria Blea again responded that she had a medical emergency. Brian Yauk proceeded to state that he found it funny that Maria Blea was always sick when it was time to attend a meeting. Maria Blea was typing and Brian Yauk could hear and he asked Maria Blea what she was doing. Maria Blea stated that she was writing an email to Human Resources to request a meeting with him and Human Resources to discuss HIPPA and ADA regulations as BrianYauk was violating them by continuously asking Maria Blea about her medical reasoning.

January 2015 - September 2015

During the year Maria Blea was subject to discrimination in many ways. Maria Blea was told that she could not make up her time and her co-workers were allowed to do so.

Maria Blea was told that she was supposed to take a lunch if she worked 5 hours, when Maria Blea questioned the time frame in which taking a lunch would show that she worked 4.5 hours she was not given clear explanation until she questioned the timing and accuracy of hours worked.

Maria Blea was told by Brian Yauk that she was supposed to clean off her desk and that no work would be assigned to her during this process. Upon cleaning her desk, work was assigned to her. After cleaning off her desk Brian Yauk commented that Maria Blea must have thought her desk was dirty because she cleaned it. Brian Yauk gave the directive that it needed to be cleaned.

Maria Blea was told by Toni Bellucci that Maria needed to maintain access to programs when Helene Haines was out so that Maria Blea could cover Helene's desk. Maria Blea reported to Toni Bellucci on several occasions that she was unable to maintain access because of system issues. Toni Bellucci blamed the access on Maria Blea's responsibility to maintain a correct and current password.

Maria Blea was propositioned by Toni Bellucci regarding an opening within the division. Toni Bellucci stated that Maria Blea should find a position that would fit her schedule. Maria Blea questioned Toni Bellucci's statement as "I know you don't mean I need to find another position?" In which Toni Bellucci stuttered, "No" in order to correct her comment.

Maria Blea overheard Gary Crain and Helene Haines discussing Maria Blea's questioning of work assigned during meetings as she walked by the closed door office. Gary Crain had stated that he would allow Maria Blea to stay and work late to calm her down as he hade in the past. Helene Haines stated that what does Maria Blea expect with the schedule that Maria had. Maria Blea knocked on the door to let them know that she overheard the conversation and would file a grievance with Human Resources. A grievance was filed with Human Resources against Gary Crain and Helene Haines

Maria Blea was told by Toni Bellucci that Maria was to take appropriate action to gain access to State programs. Other people within the unit gained access by using Gary Crain's log on or Helene Haines' log on. Maria Blea contacted people at the State of Colorado to gain access. Access to such programs were supposed to be initiated by supervisors such as Gary Crain and Toni Bellucci.

Maria Blea was asked several times by Brain Yauk about her medical condition. When Maria Blea refused to tell him, Brian Yauk would state that he would find out anyway.

Maria Blea was asked to cover the desks of co-workers yet no one would cover her desk.

Maria Blea performed more work than her co-workers and when questioned supervisor Gary Crain as to why Maria was getting more work than others than being able to do additional work to promote Gary Crain did not answer Maria Blea. In the meeting was Yvonne Vititoe from Human Resources and Toni Bellucci, Gary Crain's supervisor.

Maria Blea was given work late in the day by Helene Haines and it was noted as that current date as the delivery day which caused Maria Blea to lose a day of completion. Maria Blea's co-worker Arnold Pfeifer was given work late in the day at the same time Maria Blea was and Arnold Pfeifer was given the next business day as the delivery day which gave him an additional day of completion.

Maria Blea filed another grievance against Gary Crain as he provided an accommodation to Helene Haines without going through the Americans With Disability Act (ADA) process.

Maria Blea was treated differently once she received her Americans With Disability Act (ADA) accommodation. The treatment included additional work, lack of communication, exclusion from parties, and work distribution. Maria Blea questioned why things were happening and management would assign additional work or give no reason. There is sufficient documentation that can be provided as proof of discrimination and targeting since the accommodation in 2011.

Maria Blea will be seeking representation from an attorney.

Demand of Relief

WHEREFORE, the plaintiff demands judgment against the defendant for the sum of five million dollars ($5,000,000), with interest and cost.

Jury Demand

Plaintiff demands a Jury Trial

Dated this 27th of December, 2017

Plaintiff,
Maria Blea

*Maria Blea*
*P. O. Box 40509*
*Denver Co 80204*